```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 07372
    WENDY D DUREN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-4864


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/22/2006 and was confirmed 09/13/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 09/19/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CITIFINANCIAL               CURRENT MORTG         .00           .00           .00
CITIFINANCIAL               MORTGAGE ARRE      424.00           .00         61.21
CITIFINANCIAL SERVICE       SECURED           5890.00        425.80        920.10
CITIFINANCIAL SERVICE       UNSECURED       NOT FILED           .00           .00
WELLS FARGO HOME MORTGAG    CURRENT MORTG         .00           .00           .00
WELLS FARGO HOME MORTGAG    MORTGAGE ARRE      765.64           .00        765.64
IL DEPT OF EMPLOYMENT SE    UNSECURED         7344.00           .00           .00
ILLINOIS DEPT OF REVENUE    PRIORITY           619.45           .00           .00
LINEBARGER GOGGAN BLAIR     NOTICE ONLY     NOT FILED           .00           .00
APPLIED CARD BANK           UNSECURED       NOT FILED           .00           .00
APPLIED CARD                NOTICE ONLY     NOT FILED           .00           .00
CAPITAL ONE                 UNSECURED          745.56           .00           .00
CAPITAL ONE                 NOTICE ONLY     NOT FILED           .00           .00
CITI CARD                   UNSECURED       NOT FILED           .00           .00
COMCAST                     UNSECURED       NOT FILED           .00           .00
COMCAST                     NOTICE ONLY     NOT FILED           .00           .00
ECAST SETTLEMENT CORP       UNSECURED         8147.69           .00           .00
PAY DAY LOANS               UNSECURED       NOT FILED           .00           .00
PAY DAY LOANS               UNSECURED       NOT FILED           .00           .00
WELLS FARGO FINANCIAL IL    UNSECURED          216.07           .00           .00
WELLS FARGO FINANCIAL BA    UNSECURED         1298.02           .00           .00
WELLS FARGO BANK            NOTICE ONLY     NOT FILED           .00           .00
ILLINOIS DEPT OF REVENUE    UNSECURED          500.48           .00           .00
RESURGENT CAPITAL SERVIC    UNSECURED         1395.73           .00           .00
STUART B HANDELMAN          ATTORNEY          1990.00           .00       1990.00
PRO SE DEBTOR               DEBTOR ATTY           .00                         .00
TOM VAUGHN                  TRUSTEE                                        247.25
DEBTOR REFUND               REFUND                                            .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 07372 WENDY D DUREN
```

```
-------------------------------------------------------------------------------
TRUSTEE                                     4,410.00

PRIORITY                                                              .00
SECURED                                                          1,746.95
    INTEREST                                                       425.80
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,990.00
TRUSTEE COMPENSATION                                               247.25
DEBTOR REFUND                                                         .00
                                        ---------------   ---------------
TOTALS                                     4,410.00           4,410.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/27/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                        PAGE   2
        CASE NO. 06 B 07372 WENDY D DUREN